■ In the Matter of FRANK VESCERA, Appellant, v JORDAN KARP and Another, Commissioners of Oneida County Board of Elections, et al., Respondents. (Appeal No. 2.) [16 NYS3d 186]— Appeal from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered August 24, 2015 in a proceeding pursuant to the Election Law. The order dismissed the petition with prejudice.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in *Matter of Vescera v Karp* ([appeal No. 1] 131 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra and Peradotto, JJ.